Mario D. Valencia (SBN 6154)
**Mario D. Valencia, Attorney at Law, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
T. (702) 384-7494
valencia.mario@gmail.com

Ian E. Thomas (Admitted *pro hac vice*)
**Bowman and Brooke LLP**
2929 North Central Ave., Suite 1900
Phoenix, AZ 85003
T. (602) 643-2340
ian.thomas@bowmanandbrooke.com

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN AND GHITA KUBITZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., a corporation,<br><br>Defendant. | Case No. 2:26-cv-00543-RFB-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiffs Brian and Ghita Kubitz and defendant American Honda Motor Co., Inc., by and through their respective counsel of record, that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs. The parties

//

//

//

//

have resolved this matter in its entirety and request the Court close the case with prejudice.

DATED this 30th day of October, 2026.

**AMAR LAW GROUP, PLLC**

By: /s/ *Robert Katz*
Robert Katz (Bar No. 7768)
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89102

*Attorney for Plaintiff*

DATED this 30th day of October, 2026.

**BOWMAN AND BROOKE LLP**

By: /s/ *Ian E. Thomas*
Ian E. Thomas (Admitted *pro hac vice*)
2929 N. Central Ave., Ste. 1900
Phoenix, AZ 85012

Mario D. Valencia (Bar No. 6154)
**Mario D. Valencia, Attorney at Law, LLC**
40 S. Stephanie St., Ste. 201
Henderson, NV 89012

*Attorneys for Defendant American Honda Motor Co., Inc.*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II.
UNITED STATES DISTRICT JUDGE

DATED: October 30, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 30, 2026, a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was electronically transmitted upon the following attorney of record for Plaintiffs by e-mail:

Robert Katz, Esq.
Amar Law Group, PLLC
2300 W. Sahara Ave., Ste. 800
Las Vegas, NV 89102
(702) 852-2929
rkatz@amarlawgrp.com

*/s/Marcie Buchanan*



37193888v2